RESULT IN THE INDIVIDUAL RECEIVING TIME OFF FOR REHABILITATION WITHOUT PAY BEYOND ALL ACCUMULATED SICK LEAVE AND/OR VACATION TIME. THE DISTRICT RETAINS THE RIGHT TO TEST THE EMPLOYEE ON A MONTHLY BASIS FOR ONE YEAR.

**Exhibit 1**

SICK LEAVE
---

SICK LEAVE IS DEFINED TO MEAN, ANY PERIOD OF TIME DURING WHICH AN EMPLOYEE MAY, DUE TO ILLNESS, INJURY, AND/OR ANY OTHER KIND OF ACTUAL PHYSICAL INCAPACITATION (EXCEPT INJURY ON THE JOB AS COVERED BY WORKMAN'S COMPENSATION), BE EXCUSED FROM WORK WITHOUT LOSS OF NORMAL PAY PROVIDED LEAVE IS AVAILABLE ON THE DAY OF ABSENCE.

AN EMPLOYEE MAY TAKE SICK LEAVE IN CASE OF A SERIOUS ILLNESS IN THE EMPLOYEE'S IMMEDIATE FAMILY, (PARENT, GRANDPARENT, SPOUSE, CHILDREN, BROTHERS, SISTERS, AND IMMEDIATE IN-LAWS.)

SICK LEAVE SHALL BE CREDITED TO A PERMANENT FULL TIME EMPLOYEE AT THE RATE OF ONE WORK DAY PER MONTH. ACCUMULATED SICK LEAVE SHALL NOT EXCEED 45 DAYS. AN EMPLOYEE WHO HAS TAKED SICK LEAVE SHALL FILE WITH HIS/HER SUPERVISOR AN APPLICATION OF LEAVE STATING THE CAUSE OF THEIR ABSENCE AND THE AMOUNT OF TIME TAKEN.

AN EMPLOYEE ON SICK LEAVE SHALL INFORM HIS/HER SUPERVISOR OF THE FACT AND REASON AS SOON AS POSSIBLE (PREFERABLY 2 HOURS PRIOR TO THE START OF SHIFT), FAILURE TO DO SO MAY RESULT IN DENIAL OF SICK LEAVE WITH PAY FOR THE PERIOD OF THE ABSENCE.

AN EMPLOYEE MAY BE ABSENT FROM WORK FOR ONE (1) DAY DUE TO ILLNESS SUSTAINED BY THEMSELVES OR A MEMBER OF THEIR IMMEDIATE FAMILY WITHOUT SUBMITTING AN ATTENDING PHYSICIANS STATEMENT. AN EMPLOYEE ABSENT FROM WORK DUE TO ILLNESS SUSTAINED BY THEMSELVES OR THEIR IMMEDIATE FAMILY FOR TWO (2) OR MORE CONSECUTIVE DAYS MAY BE REQUIRED BY THE DISTRICT TO OBTAIN A STATEMENT FROM THE ATTENDING PHYSICIAN BEFORE PAYMENT OF SICK LEAVE WILL BE MADE. HOWEVER IN NO CASE WILL AN EMPLOYEE BE ALLOWED THREE (3) OR MORE CONSECUTIVE DAYS WITHOUT AN ATTENDING PHYSICIANS STATEMENT BEFORE PAYMENT OF SICK LEAVE WILL BE MADE.

AN EMPLOYEE MUST HAVE A DOCTOR'S RELEASE PRIOR TO RETURNING TO WORK FOLLOWING A THREE (3) DAY ABSENCE FOR ILLNESS OR HOSPITALIZATION.

ANNUAL LEAVE MAY BE USED FOR SICK LEAVE PURPOSES AFTER ALL AVAILABLE SICK LEAVE IS EXHAUSTED. EMPLOYEES WHO HAVE EXHAUSTED ALL SICK AND ANNUAL LEAVE MAY, AT THE DISCRETION OF

THE DISTRICT DIRECTOR, BE GRANTED LEAVE WITHOUT PAY FOR A PERIOD NOT TO EXCEED TEN (10) WORKING DAYS. AN EMPLOYEE WHO HAS EXHAUSTED ALL AVAILABLE SICK AND ANNUAL LEAVE MAY AT THE DISCRETION OF THE BOARD OF COMMISIONERS, BE GRANTED LEAVE WITHOUT PAY FOR A PERIOD NO TO EXCEED ONE (1) YEAR.

IF SICK LEAVE BENEFITS ARE ABUSED, THE FIRST OFENSE SHALL BE SUSPENSION FOR ONE (1) WEEK WITHOUT PAY. THE SECOND OFFENSE SHALL CAUSE FOR TERMINATION OF THE EMPLOYEE. AN EMPLOYEE FRAUDULENTLY OBTAINING SICK LEAVE SHALL BE SUBJECT TO DISCIPLINARY ACTION.

COMPLICATIONS ASSOCIATED WITH PREGNANCY ARE CONSIDERED ILLNESSES AND, AS SUCH WILL BE SUBJECT TO THE PROVISIONS OF THE SICK LEAVE POLICY.

AN ATTENDANCE RECORD IS ONE OF THE FACTORS THAT WILL BE TAKEN INTO CONSIDERATIONS IN COMPLETING EACH EMPLOYEE'S ANNUAL EVALUATION REPORT.

ST LANDRY PARISH COMMUNICATIONS DISTRICT APPLICATION FOR LEAVE WILL BE SUBMITTED TO ACCOUNT FOR ALL SICK LEAVE ABSENCES.

**STAFF MEETINGS**

MANDATORY STAFF MEETINGS ARE SCHEDULED ON EITHER TUESDAY OR WEDNESDAY OF EVERY PAY PERIOD.

**LOURDES ONCOLOGY ASSOCIATES**

Chancellor E. Donald, M.D.      DEA #BD09783639
Techksell McKnight Washington, M.D.   DEA #FM1319676
M. Felicia Case, PA-C      DEA #MC1247697

1200 Hospital Drive • Suite 2 • Opelousas, LA 70570 • (337) 942-7898

NAME: Tammy Mayo      AGE:
ADDRESS:      DATE: 1/5/17

R

To whom it may concern:
Mrs Mayo will be undergoing Chemotherapy through May 2017.

Refill ___ times
Dispense as Written ☐

F. Case PA-C
(signature)

"Brand Medically Necessary" must be handwritten by the practitioner for Medicare or Medicaid patients or product selection will be allowed.

3743

**Exhibit 2**

# CONTINUING DISABILITY CLAIM FORM - EMPLOYER'S STATEMENT

**\*Policy Number:** FZ662204

## Policyholder Information: This * denotes a required field.

**\*Last Name:** MAYO
**Suffix:**
**\*First Name:** TAMMY
**MI:**

**\*Date of Birth (mm/dd/yy):** 11/14/65

**\*Employee's Name (Last Name, Suffix, First Name, MI):** MAYO TAMMY O

**\*Employer's Name/Account #:** ST LANDRY PARISH 911
**\*Employer Phone Number:** 337-948-9079

**\*Employer's Address:** 720 HWY 742

**\*City:** OPELOUSAS
**\*State:** LA
**\*Zip Code:** 70570-

- First date of disability: 10/18/2016
- Has the employee returned to work? ☒ No ☐ Yes
  If no, expected return to work date: 5/1/2017  If yes, date returned to work: ___/___/___
- If the employee has returned to work is he or she working: ☐ Full-Time ☐ Part-Time ☐ Light Duty
  If employee is working part-time or light duty, please provide the number of working hours per week: _____
  If working part-time/light duty, date he or she began part-time/light duty: ___/___/___
  If working part-time, date expected to return to work to full time: ___/___/___
  If part-time/light duty, is/was the employee earning at least 80% of his/her pre-disability salary? ☐ No ☐ Yes
- Is the person still employed? ☐ No ☒ Yes  If no, last date of employment: ___/___/___

### Please note:
The employer is required to report disability benefits paid on pre-tax plans on Form 941 and the employee's Form W-2.

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime, and subjects such person to criminal and civil penalties.

**Exhibit 3**

**EMPLOYER'S SIGNATURE:** Candice P. Elkins
**EMPLOYER'S PRINTED NAME:** CANDICE P. ELKINS
**TITLE:** Deputy
**DIRECT PHONE NUMBER:** 3379489079
**DATE:** 1/18/17

American Family Life Assurance Company of Columbus (Aflac)
ATTN: Claims Department • 1932 Wynnton Road • Columbus, GA 31999
For information or to check claim status, visit aflac.com or call 1-800-99-AFLAC (1-800-992-3522)
Claims may be faxed to 1-877-44-AFLAC (1-877-442-3522)

# CONTINUING DISABILITY CLAIM FORM - EMPLOYER'S STATEMENT

**\*Policy Number:** A Z 6 6 2 2 0 4

**Policyholder Information:** This * denotes a required field.

**\*Last Name:** MAYO
**Suffix:**
**\*First Name:** TAMMY
**MI:**

**\*Date of Birth (mm/dd/yy):** 11/14/65

**\*Employee's Name (Last Name, Suffix, First Name, MI):** MAYO TAMMY O

**\*Employer's Name/Account #:** ST LANDRY PARISH 911
**\*Employer Phone Number:** 337-948-9079

**\*Employer's Address:** 780 HWY 742

**\*City:** OPELOUSAS
**\*State:** LA
**\*Zip Code:** 70570-

- First date of disability: 10/17/2016
- Has the employee returned to work? ☑ No ☐ Yes

    If no, expected return to work date: ___/___/___ If yes, date returned to work: ___/___/___

- If the employee has returned to work is he or she working: ☐ Full-Time ☐ Part-Time ☐ Light Duty

    If employee is working part-time or light duty, please provide the number of working hours per week: _____

    If working part-time/light duty, date he or she began part-time/light duty: ___/___/___

    If working part-time, date expected to return to work to full time: ___/___/___

    If part-time/light duty, is/was the employee earning at least 80% of his/her pre-disability salary? ☐ No ☐ Yes

- Is the person still employed? ☑ No ☐ Yes If no, last date of employment: 3/15/2017

**_Please note:_**

The employer is required to report disability benefits paid on pre-tax plans on Form 941 and the employee's Form W-2.

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime, and subjects such person to criminal and civil penalties.

**Exhibit 4**

**EMPLOYER'S SIGNATURE:** Candice Pitre Elkins
**EMPLOYER'S PRINTED NAME:** CANDICE Pitre Elkins
**TITLE:** 911 Secretary
**DIRECT PHONE NUMBER:** 337.948.9079
**DATE:** 04/11/2017

American Family Life Assurance Company of Columbus (Aflac)
ATTN: Claims Department • 1932 Wynnton Road • Columbus, GA 31999
For information or to check claim status, visit aflac.com or call 1-800-99-AFLAC (1-800-992-3522)
Claims may be faxed to 1-877-44-AFLAC (1-877-442-3522)

S13270          Page 2 of 3          02/14




# St. Landry Parish Communications District E-911
780 Hwy 742
Opelousas, Louisiana 70570
(337) 948-9079   Fax (337) 948-9139

October 17, 2017

**Chairman**
Charles Watson
PO Box 158
Krotz Springs, LA 70750
(337) 566-3600

**Vice Chairman**
Lloyd Ardoin
299 Hangar Road
Opelousas, LA 70570
(337) 407-1551

**Sgt-at-Arms**
Cindy Stelly
PO Box 404
Krotz Springs, LA 70750
(337) 308-0314

Bobby Degueyter
PO Box 145
Leonville, LA 70551
(337) 879-0035

Marshall Moreau
PO Box 1029
Opelousas, LA 70571
(337) 948-6516

Richard Daigle
300 S 2nd Street
Eunice, LA 70535
(337) 457-2626

Mark Guidry
PO Box 1757
Opelousas, LA 70571
(337) 948-2500

Tanya Darensburg
Investigator
New Orleans Field Office
Hale Boggs Federal Building
500 Poydras Street, Room 809
New Orleans, La. 70130

**Executive Director**
Jude A. Moreau

**Executive Secretary**
Candice P. Elkins

My name is Jude A. Moreau, Executive Director for the St. Landry Parish Communications District E-911. The mailing address is 780 Hwy 742 Opelousas La. 70570. My email address is jamoreau911@att.net. I have been authorized by the St. Landry Parish Communications Board of Commissioners to respond on behalf of the District to charge No. 461-2017-01970.

St. Landry Parish Communications District is a small governmental organization funded with public funds derived from a surcharge on wire line and wireless telephones in the parish/county. The District manages the addressing system for the parish along with the public safety answering point (911 call center). The District employees 16 people on average. 12 of those employees, of which Ms. Mayo was one, work rotating shift work.

In response to this unfounded Charge of Discrimination, Ms. Mayo was not discharged by the District, but her employment was considered terminated once she depleted all of her accumulated leave and refused to work under any circumstances. Ms. Mayo was not discriminated against in violation of the Americans with Disabilities act of 1990. Ms. Mayo did not provide the District with any date when she would return to work. Finally, in the separation letter dated April 19, 2017 it was clearly stated that Ms. Mayo was leaving in good standing and eligible for rehire when she was ready and able. I offer the following three pieces of evidence in defense of the Districts position.

Exhibit 1 is the separation letter in its entirety that Ms. Mayo refers to in her Charge of Discrimination statement. In short it states that Ms. Mayo used all of the earned leave she accumulated both sick and vacation, the exhaustion of Family Medical Leave Act requirements, the Districts Insurance provider would no longer consider her a member of the group insurance plan. Also, the letter states that she was considered in good standing and eligible for rehire when she was ready to return to work. In addition, a modified work schedule was offered to her in an effort to assist her in meeting the 30 hr per week minimum requirement of the insurance company, but she refused.

Exhibit 2, Ms. Mayo's charge states that her employer was put on notice that she was planning to return to work in May 2017. This statement is repudiated by the two signed statements from the District Secretary Candice Elkins and the Operations Supervisor Ruth Dupre who met with Ms. Mayo on February 23, 2017 to discuss her options to remain in the employ of the District. Ms. Mayo was advised that after March 15, 2017 she will deplete her compensated absences and the District would no longer be able to provide her with a paycheck if she did not work.

Exhibit 3 is the Louisiana Workforce Commission's Appeals Tribunal Decision of Administrative Law Judge dated June 21, 2017 in particular, the Findings of Fact and Conclusion of Law sections. This document confirms the fact that the District was not the cause of Ms. Mayo's separation from employment, or that she was even discharged by the District.

If any specific questions remain, please do not hesitate to contact me.

Best regards,

Jude A. Moreau
Executive Director

**Exhibit 5**

This institution is an equal opportunity provider.

